## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KENNETH MOSLEY**                                    **CIVIL ACTION**

**VERSUS**                                            **NO. 16-13619**

**DARREL VANNOY, WARDEN**                             **SECTION: "N"(5)**

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 24, 2017 (Rec. Doc. No. 17), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Kenneth Mosley for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of August, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE